

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2018

No. 04-17-00434-CV

Roger **WIATREK,**
Appellant

v.

Laura **WIATREK,**
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 14-12-0756-CVW
The Honorable Russell Wilson, Judge Presiding

# O R D E R

   Appellees' motion for extension of time to file their brief is granted.  We order the brief due April 19, 2018.  No further extensions of time will be granted absent extraordinary circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court